*Niles Case* v. *Joseph L. Chappell and others.* J. RHOADES, for complainant; H. GAY, for defendants. Bill dismissed with costs, as to the defendant Chappell. Decree against the other defendants.

*William Van Hoesen and wife* v. *John Hill and R. Hill.* J. BLUNT, for complainant; H. HOGEBOOM, for defendants. Application for leave to amend bill granted, on terms. Costs to be paid and amendments made and served within sixty days.

Defendant J. Hill, to have ninety davs thereafter to put in his further answer to the amended bill.